# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| HI-TECH PHARMACEUTICALS, INC., | : | |
| A Georgia Corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| vs. | : | |
| | : | 1:16-cv-01699-WSD |
| IOVATE HEALTH SCIENCES U.S.A., | : | |
| INC., and PAUL A. GARDINER, | : | |
| an individual, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(2) of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel of record, hereby dismisses this action with prejudice.  Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 23rd day of June, 2016.

DELONG CALDWELL BRIDGERS
FITZPATRICK & BENJAMIN, LLC

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

3100 Centennial Tower

101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (facsimile)
charlesbridgers@dcbflegal.com
ednovotny@dcbflegal.com

_s/ Edmund J. Novotny, Jr._
Edmund J. Novotny, Jr.
Georgia Bar No. 547338

COUNSEL FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| HI-TECH PHARMACEUTICALS, INC., | : | |
| A Georgia Corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| vs. | : | |
| | : | 1:16-cv-01699-WSD |
| IOVATE HEALTH SCIENCES U.S.A., | : | |
| INC., and PAUL A. GARDINER, | : | |
| an individual, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date shown above, I electronically filed a true and correct copy of the parties' **NOTICE OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service to all attorneys of record.

**DELONG CALDWELL BRIDGERS**
**FITZPATRICK & BENJAMIN, LLC**

_s/ Charles R. Bridgers_
Charles R. Bridgers
Georgia Bar No. 080791